UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN TOMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:24-CV-01330-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Trial Date and Pre-trial Deadlines. Dkt. # 10. The Court GRANTS the motion. The new trial date in this matter is now April 20, 2026. Rather than adopt the parties' proposed pretrial schedule, the Court DIRECTS the Clerk to issue a case scheduling order that reflects the Court's standard pretrial schedule.

DATED this 12th day of May, 2025.

*John H. Chun*
John H. Chun
United States District Judge